THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN ~~EASTERN~~ DIVISION

| | |
|---|---|
| MICHAEL COLE, ) | Case No. 09 C 50041 |
| ) | |
| ) | Magistrate P. Michael Mahoney |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **FILED** |
| P.O. REDEL, P.O. MIKE STEWART, ) | |
| Individually, and the CITY OF DEKALB ) | SEP 2 5 2009 |
| ) | |
| Defendants. ) | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

### STIPULATION OF DISMISSAL

Now comes Plaintiff, by and through his attorney Garrett Browne, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), voluntarily dismisses this action *with prejudice*. Plaintiff has determined that he is unlikely to prevail on the merits of his claims. Each party is responsible for his own fees and costs.

Respectfully submitted,

_____
Garrett Browne, Attorney for Plaintiff
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com

_____
Michael D. Bersani, Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Rd., Suite 195
Itasca, Illinois 60143
(630) 773-4774
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-C-50041 |
| v. ) | |
| ) | Honorable Judge Mahoney |
| ) | |
| P.O. REDEL, P.O. MIKE STEWART ) | |
| Individually, and THE CITY OF DEKALB, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

To: Mike Bersani
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143

PLEASE TAKE NOTICE that on September 22, 2009, the undersigned filed with the Clerk of this Court, **STIPULATION OF DISMISSAL**, service of which is being made upon you.

s/Garrett W. Browne
Garrett W. Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877